UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated,

                              Plaintiff,

    -v.-

ROBERT CLERGERIE AMERICA, INC.,

                              Defendant.
------------------------------------------------------------------------x

Civil Action No: 1:23-cv-2241

## **JOINT STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel as to Plaintiff and the Defendant, Robert Clergerie America, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 28, 2023

| **For Plaintiff Marta Hanyzkiewicz**<br><br>*/s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>mrozenberg@steinsakslegal.com | **For Defendant Robert Clergerie America, Inc.**<br>*/s/ Sarah Benowich*<br>Sarah Benowich<br>Davis+Gilbert LLP<br>1675 Broadway<br>New York, NY 10019<br>Ph:  (212) 468-4991<br>sbenowich@dglaw.com |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on August 28, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*